In the Matter of the Claim of J. M. JOHNSON, Respondent, against H. M. SMITH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of LAWRENCE CICCONE, Respondent, against T. G. VENUTI & SON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of EVA SEARS, Respondent, against SENECA BATTERY CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ANNA SPIRIDIGLIOZZI, Respondent, against NICOLA and ROSA BALZANO, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the deceased was an independent contractor. All concur.

In the Matter of the Claim of ELTON L. MCNINCH, Appellant, against REGAL LUMBER COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of MAUDE WILLIAMS, Respondent, against FRONTIER GARAGE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of NELLIE B. NICHOLS, Respondent, against STENTO & SERAFINI and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JAMES LEWIS, Respondent, against AUTO WHEEL COASTER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of STEVE CHEMANSKY, Respondent, against BOWEN PRODUCTS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of CATHERINE KEMP, Appellant, against STERLING ENGINE COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of EUGENE L. LEHRBAUM, Respondent, against UNITED CIGAR STORES COMPANY OF AMERICA and Another, Appellants. STATE